# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

WILLIAM STACK

              Petitioner,

v.

UNITED STATES OF AMERICA

              Respondent.

JUDGMENT

Case Number: 2:13-cr-00212-KJD

(Related case: 2:16-cv-01394-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Petitioner against Respondent.

March 31, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk